HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT HILL,

    Plaintiff,

v.

KATE MARTIN,

    Defendant.

CASE NO. C17-5586 RBL

ORDER DENYING MOTION TO RECUSE

THIS MATTER is before the Court on Plaintiff Hill's Motion to Recuse [Dkt. #18]. Hill claims that he tried to call the Court staff from prison to talk about his inability to meet various deadlines, but they would not accept his calls:

> 5. Ultimately, Nelson blocked my calls. Nelson has accepted my prepaid calls. I have also tried the Clerk's number "253-882-7474." They have also blocked my calls for assistance, after being advised by Leighton and/or Nelson.
>
> 6. I sent a letter-memorandum asking why this was done by them. I have received no reply.

ORDER DENYING MOTION TO RECUSE - 1

A federal judge should recuse himself if "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." 28 U.S.C. §144; 28 U.S.C. § 455; *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir.1993). This is an objective inquiry concerned with whether there is the appearance of bias, not whether there is bias in fact. *Preston v. United States*, 923 F.2d 731, 734 (9th Cir.1992); *United States v. Conforte*, 624 F.2d 869, 881 (9th Cir.1980). In the absence of specific allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981); *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute valid basis for a bias or partiality motion.").

Under the Local Rules of this District, a motion for recusal is addressed first to the presiding judge, and if the judge does not recuse voluntarily, the matter is referred to the chief judge for review. *See* LCR 3(e). This Court therefore considers Hill's Motion in the first instance.

Hill has not even tried to claim that the judge is biased against him; he makes a half-hearted (but entirely false) claim that the Judge ordered staff to block Hill's calls. There is no showing that would lead any reasonable question whether the Court was prejudiced against Hill.

//
//
//
//
//

This Court will not recuse itself voluntarily, and **REFERS** this matter to Chief Judge Martinez under LCR 3(e). Any pending motions will be addressed following the resolution of this motion.

IT IS SO ORDERED.

Dated this 27th day of April, 2018.

Ronald B. Leighton
United States District Judge

ORDER DENYING MOTION TO RECUSE - 3